IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARTINEZ JUAN ROBINSON, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:22-cv-664–HEH
)
MR. COCO, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. (ECF No. 1.) In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Plaintiff's current allegations failed to provide each Defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on March 8, 2023, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof. (Order, ECF No. 9.) The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action. (*See id.*)

More than thirty (30) days have elapsed since the entry of the March 8, 2023 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the March 8, 2023 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Final Order will accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 17, 2023
Richmond, Virginia